

Wednesday, December 7, 2016

No. 17–0069/AR. In re Robert B. Bergdahl, Petitioner. On consideration of the petition for extraordinary relief in the nature of writ of mandamus and Petitioner's motion to file an order from the United States Army Court of Criminal Appeals, add an issue and to construe the petition as a writ-appeal and motion to file an order from the United States Army Court of Criminal Appeals on suggestion for consideration en banc, it is ordered that said motion to file an order from the United States Army Court of Criminal Appeals, add an issue and to construe the petition as a writ-appeal is hereby denied, that said petition for extraordinary relief is hereby denied, and that said motion to file an order from the United States Army Court of Criminal Appeals on suggestion for consideration en banc is hereby denied as moot.

No. 16–0658/AR. U.S. v. Tyler F. Ho. CCA 20140068. Appellee's motion to file a supplemental joint appendix and motion to substitute appendix table of contents are hereby granted.

No. 16–0727/AF. U.S. v. James W. Richards IV. CCA 38346. On consideration of Appellant's motion to extend time to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and motion to file an appendix pursuant to *Grostefon* matters, it is ordered that said motions are hereby denied.

No. 17–0003/AR. U.S. v. Christopher B. Hukill. CCA 20140939. Appellant's motion to extend time to file a brief granted to January 9, 2017.

No. 17–0114/AF. U.S. v. Keoni A. Chavarria. CCA S32355. Appellant's motion to extend time to file a supplement to the petition for grant of review granted to December 27, 2016.